IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN MARIA CHIMBORAZO CUNIN,** : | CIVIL ACTION NO. 3:25-CV-1887 |
| : | **(Judge Neary)** |
| Petitioner : | |
| : | |
| v. : | |
| : | |
| **BRIAN MCSHANE, KRISTI NOEM, and PAMELA BONDI,** : | |
| : | |
| Respondents : | |

# <u>ORDER</u>

AND NOW, this 10th day of December, 2025, upon consideration of petitioner Juan Maria Chimborazo Cunin's motion (Doc. 14) for a temporary restraining order ("TRO") against respondents Brian McShane, Kristi Noem, and Pamela Bondi (collectively, the "Government"), his petition (Doc. 1) for a writ of habeas corpus, the parties' briefs filed in support and in opposition thereof (Docs. 1, 9, 12), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Cunin's motion (Doc. 14) for a TRO is **GRANTED IN PART AND DENIED IN PART**, upon his payment of a security in the amount of $1 with the Clerk of Court pursuant to Federal Rule of Civil Procedure 65(c), as follows:

    a. The motion (Doc. 14) is **GRANTED** insofar as it seeks to enjoin the Government from detaining him under 8 U.S.C. § 1225. The Government shall provide Cunin with a bond hearing under 8 U.S.C. § 1226 **within seven days of this order**. If the Government does not provide Cunin with a bond hearing under 8 U.S.C. § 1226 **within seven days of this order**, Cunin must immediately be released from detention while he awaits his bond hearing.

    b. The motion (Doc. 14) is **DENIED** insofar as it seeks an order compelling Cunin's immediate release. The Government shall not be required to release Cunin from detention prior to his bond hearing, unless he does not receive a bond hearing within seven days of this order.

2. The parties are ordered to file a joint status report regarding Cunin's bond hearing to the docket by no later than **5:00 P.M. Eastern Standard Time on Wednesday, December 17, 2025**.

3. A preliminary injunction hearing on Cunin's motion (Doc. 14) shall commence on **Monday, December 22, 2025, at 11:30 A.M. Eastern Standard Time** in Courtroom 7A at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.

4. The Government shall be permitted, but not required, to file a brief in opposition to Cunin's motion (Doc. 14) by no later than **11:59 P.M. Eastern Standard Time on Tuesday, December 16, 2025**.

5. Cunin shall be permitted, but not required, to file a reply brief in support of his motion (Doc. 14) by no later than **11:59 P.M. Eastern Standard Time on Wednesday, December 17, 2025**.

6. Pursuant to Federal Rule of Civil Procedure 65(b)(2), this order shall expire on **December 24, 2025, at 9 A.M. Eastern Standard Time**, absent, for good cause shown, an extension by this court or upon the Government's consent.

                                              /S/ KELI M. NEARY
                                              Keli M. Neary
                                              United States District Judge
                                              Middle District of Pennsylvania