## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN MARIA CHIMBORAZO CUNIN,** | : | **CIVIL ACTION NO. 3:25-CV-1887** |
| | : | |
| | : | **(Judge Neary)** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN MCSHANE, KRISTI NOEM, and PAMELA BONDI,** | : | |
| | : | |
| **Respondents** | : | |

## <u>ORDER</u>

AND NOW, this 6th day of January, 2026, upon consideration of the letter (Doc. 25) filed by Juan Maria Chimborazo Cunin, in which Cunin "agrees that the issues raised in the pending petition are now moot," it is hereby ORDERED that:

1. Cunin's petition (Doc. 1) for a writ of habeas corpus is moot and is DIMISSED without prejudice.

2. The Clerk of Court is respectfully requested to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania